UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
FELIX CASTRO, *on behalf of himself and all others similarly situated*,

                        Plaintiff,                        23-CV-9089 (JMF)

            -v-                                     <u>ORDER</u>

PERFORMANCE SUPPLEMENTS, LLC,

                        Defendant.
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: October 18, 2023
       New York, New York

                                                                JESSE M. FURMAN
                                                          United States District Judge