**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
FELIX CASTRO, on behalf of himself and all
others similarly situated,

                        Plaintiffs,                  **ORDER**

                -against-                   **23-CV-9089 (MMG) (JW)**

PERFORMANCE SUPPLEMENTS, LLC,

                        Defendant.
---------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

       All discovery in this matter closed on June 24, 2024. The Parties are now

ordered to file a joint status letter by **July 3, 2024**.  The joint letter shall inform the

Court of whether either party intends to file for summary judgment.  If the Parties

do intend to file summary judgment, a briefing schedule should also be included in

the joint letter.  In the event neither party will be filing for summary judgment, the

Parties are directed to include a range of dates they will be available for trial.

       SO ORDERED.

DATED:    New York, New York
            June 26, 2024

                                  _Jennifer E. Willis_
                                  JENNIFER E. WILLIS
                                  United States Magistrate Judge